Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. MADDEN, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted October 4, 1948; decided October 7, 1948.

Motion for reargument denied. [See 297 N. Y. 925.]

LAURIE J. CARPENTER, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28296.)

Submitted October 4, 1948; decided October 7, 1948.

*Nathaniel L. Goldstein,* Attorney-General (*Wortley B. Paul* of counsel), for motion.
*Laurie J. Carpenter,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that no substantial constitutional question is involved.

MORRISON ESTATES, INC., Appellant, *v.* AVON GARAGE, INC., et al., Respondents, et al., Defendants.

Submitted October 4, 1948; decided October 7, 1948.

*Neilson Olcott, John H. Jackson* and *John T. Norton* for motion.

*Harold H. Levin, Sidney J. Silberman* and *John Barsha* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Cotrustee under the Will of THOMAS J. RONAN, Deceased. MARY J. RONAN, as Cotrustee, et al., Appellants; CITY BANK FARMERS TRUST COMPANY, et al., Respondents.

Submitted October 4, 1948; decided October 7, 1948.